# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC.,<br><br>　　　　　Defendant. | Case No. 2:17-cv-00789-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Emergency Motion for Extension of Time to File Dispositive Motions (ECF No. 16), filed on February 16, 2018. Defendant requests an additional thirty (30) days to file dispositive motions. The Court finds good cause to grant Defendant's request for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion for Extension of Time to File Dispositive Motions (ECF No. 16) is **granted**. The deadline to file dispositive motions is **March 20, 2018**.

DATED this 20th day of February, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　United States Magistrate Judge